**RESEARCH FRONTIERS INCORPORATED, Plaintiff-Appellant**

v.

**E INK CORPORATION, E Ink Holdings Inc., FKA Prime View International Co. Ltd., Sony Electronics Inc., Sony Corporation, Barnes & Noble Inc., barnesandnoble.com LLC, amazon.com Inc., Defendants-Appellees**

2017-1599

United States Court of Appeals, Federal Circuit.

December 15, 2017

GEORGE PAZUNIAK, O'Kelly, Ernst, & Bielli, LLC, Wilmington, DE, argued for plaintiff-appellant. Also represented by TIMOTHY J. HALLER, Haller Law PLLC, Chicago, IL; GABRIEL I. OPATKEN, Noble IP LLC, Chicago, IL.

MICHAEL N. RADER, Wolf, Greenfield & Sacks, PC, Boston, MA, argued for defendants-appellees. Also represented by CHRISTOPHER HENRY, GERALD B. HRYCYSZYN.

(Newman, Wallach, and Stoll, Circuit Judges).

### JUDGMENT

Per Curiam

THIS CAUSE having been heard and considered, it is ORDERED and ADJUDGED:

**AFFIRMED. *See* Fed. Cir. R. 36.**

---

**IN RE: John RISSIO, John Cameron, Appellants**

2017-1090

United States Court of Appeals, Federal Circuit.

December 19, 2017

JAMES W. PROSCIA, Brooks Kushman PC, Southfield, MI, argued for appellants. Also represented by MARK A. CANTOR.

KAKOLI CAPRIHAN, Office of the Solicitor, United States Patent and Trademark Office, Alexandria, VA, argued for appellee Joseph Matal. Also represented by NATHAN K. KELLEY, THOMAS W. KRAUSE, AMY J. NELSON.

(Prost, Chief Judge, Newman and Stoll, Circuit Judges).

### JUDGMENT

Per Curiam

THIS CAUSE having been heard and considered, it is ORDERED and ADJUDGED:

**AFFIRMED. *See* Fed. Cir. R. 36.**